**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ZHENGBIN HE, | No. 08-70675 |
| Petitioner, | Agency No. A096-342-847 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Zhengbin He, a native and citizen of China, petitions pro se for review of the

Board of Immigration Appeals' ("BIA") order denying his motion to reconsider

and to reopen proceedings.  We have jurisdiction under 8 U.S.C. § 1252.  We

review for abuse of discretion the denial of motions to reopen and reconsider,

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Cano-Merida v. INS*, 311 F.3d 960, 964 (9th Cir. 2002), and we deny the petition for review.

The BIA did not abuse its discretion in denying He's motion as untimely because He filed it more than a year after the BIA's order dismissing the underlying appeal, *see* 8 C.F.R. §§1003.2(b)(2) & (c)(2), and the motion failed to demonstrate changed country conditions in China to qualify for the regulatory exception to the filing deadline, *see id*. § 1003.2(c)(3)(ii).

**PETITION FOR REVIEW DENIED**.